United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-10781-jkf
Anthony G. Marinaccio                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Lisa            Page 1 of 2          Date Rcvd: Feb 16, 2016
                          Form ID: 309A         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2016.
```
db            +Anthony G. Marinaccio,    379 Sweetbriar Road,    King of Prussia, PA 19406-1701
13670935       AMERICAN AIRLINES AADVANTGE MASTERCARD,    P.O. BOX 13337,    PHILADELPHIA, PA  19101-3337
13670937       ASSOCIATED VEIN SOLUTIONS,    P.O. BOX 732,    PHOENIXVILLE, PA 19460-0732
13670970       Berkheimer Tax Administrator,    Bankruptcy Notices,    50 North 7th Street,
               Bangor, PA 18013-1798
13670969      +Berkheimer Tax Administrator,    Bankruptcy Notices,    P.O., Box 21252,
               Lehigh Valley, PA 18002-1252
13670942       CHASE,    P.O. BOX 78035,    PHOENIX, AZ  85062-8035
13670944      +CITIZENS BANK,    P.O. BOX 7000,    PROVIDENCE, RI 02940-7000
13670943       CITIZENS BANK CARD SERVICES,    P.O. BOX 42010,    PROVIDENCE, RI  02940-2010
13670947      +EINSTEIN HEALTHCARE NETWORK,    559 WEST GERMANTOWN PIKE,    EAST NORRITON, PA 19403-4250
13670948       EMERGENCY CARE SERVICES OF PA, P.C.,    P.O. BOX 740021,    CINCINATTI, OH  45274-0021
13670962       Equifax Credit Information Services, Inc,    P.O. Box 740256,    Atlanta, GA  30374-0256
13670963      +Experian,    P.O. Box 9701,    Allen, TX 75013-9701
13670964       Experian Information Systems,    Attn: Dispute Department,    P.O. Box 2002,
               Allen, TX  75013-2002
13670949       FIRST BANKCARD,    P.O. BOX 2557,    OMAHA, NE  68103-2557
13670965      +Innovis Data Solutions,    250 E. Town St.,    Columbus, OH 43215-4631
13670950       LAFAYETTE AMBULANCE,    180 NORTH HENDERSON ROAD,    KING OF PRUSSIA, PA  19406-2123
13670952       MERRICK BANK CUSTOMER SERVICE,    P.O.  BOX 9021,    OLD BETHPAGE, NY  11804-9001
13670953      +MONTGOMERY COUNTY G.I. SPECIALISTS,    700 WEST GERMANTOWN PIKE, SUITE 101,
               EAST NORRITON, PA 19403-4273
13670954       OMNICARE OF KING OF PRUSSIA,    6990B  SNOWDRIFT ROAD,    ALLENTOWN, PA  18106-9580
13670955       RADIOLOGY AFFILIATES OF CENTRAL NJ PC,    P.O. BOX 780,    LONGMONT, CO  80502-0780
13670957       SUNOCO, INC.,    P.O. BOX 6407,    SIOUX FALLS, SD  57117-6407
13670958       TEMPLE UNIVERSITY PHYSICIANS,    P.O. BOX 827783,    PHILADELPHIA, PA  19182-7783
13670968      +Transunion Corporation,    2 Baldwinm Place,    P.O. Box 1000,    Chester, PA 19022-1370
13670959       WALMART CREDIT CARD,    702 SW 8TH ST.,    BENTONVILLE, AR  72716-8611
13670960       WELLS FARGO CONSUMER CREDIT CARD,    P.O. BOX 51193,    LOS ANGELES, CA  90051-5493
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: mwglaw@msn.com Feb 17 2016 01:59:07      MICHAEL W. GALLAGHER,
               401 West Johnson Highway,    Suite 4,    East Norriton, PA  19401
tr            +EDI: BCCSHUBERT.COM Feb 17 2016 01:43:00      CHRISTINE C. SHUBERT,    821 Wesley Avenue,
               Ocean City, NJ 08226-3622
smg            E-mail/Text: bankruptcy@phila.gov Feb 17 2016 02:00:27      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2016 01:59:44
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2016 02:00:06      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 17 2016 01:59:48      United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13670936       EDI: AMEREXPR.COM Feb 17 2016 01:43:00      AMERICAN EXPRESS,    P.O. BOX 1270,
               NEWARK, NJ  07101-1270
13670938       EDI: BANKAMER.COM Feb 17 2016 01:43:00      BANK OF AMERICA CREDIT CARD,    P.O.  BOX 15019,
               WILMINGTON, DE  19886-5019
13670961      +E-mail/Text: banko@berkscredit.com Feb 17 2016 01:59:21      Berks Credit And Collections Inc.,
               P.O. Box 329,    Temple, PA 19560-0329
13670939       EDI: CAPITALONE.COM Feb 17 2016 01:43:00      CAPITAL ONE,    P.O.  BOX 30285,
               SALT LAKE CITY, UT  84130-0285
13670940       E-mail/Text: kellyp@ccpdocs.com Feb 17 2016 02:00:33      CARDIOLOGY CONSULTANTS PH,
               207 NORTH BROAD ST., 3RD FL.,    PHILADELPHIA, PA  19107-1500
13670941       EDI: CHASE.COM Feb 17 2016 01:43:00      CHASE,    P.O. BOX 15123,    WILMINGTON, DE  19850-5123
13670945       EDI: DISCOVER.COM Feb 17 2016 01:43:00      DISCOVER BANK,    P.O. BOX 15316,
               WILMINGTON, DE  19850-5316
13670946      +EDI: ESSL.COM Feb 17 2016 01:43:00      DISH NETWORK CORPORATION,    9601 S. MERIDIAN BLVD.,
               ENGELEWOOD, CO 80112-5905
13670966       EDI: IRS.COM Feb 17 2016 01:43:00      Internal Revenue Service,
               Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA  19101-7346
13670951       EDI: TSYS2.COM Feb 17 2016 01:43:00      MACY'S VISA,    P.O. BOX 8052,    MASON, OH  45040-8052
13670967       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2016 01:59:44      PA Department Of Revenue,
               Attn: Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
13670956       EDI: AGFINANCE.COM Feb 17 2016 01:43:00      SPRINGLEAF,    P.O. BOX 64,
               EVANSVILLE, IN  47701-0064
                                                                                               TOTAL: 18
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2           User: Lisa                  Page 2 of 2                  Date Rcvd: Feb 16, 2016
                               Form ID: 309A               Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2016 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              MICHAEL W. GALLAGHER    on behalf of Debtor Anthony G. Marinaccio mwglaw@msn.com,
               mwglaw1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Anthony G. Marinaccio** | Social Security number or ITIN | **xxx–xx–2740** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter | **7  2/5/16** |
| Case number: | **16–10781–jkf** | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony G. Marinaccio | |
| 2. | **All other names used in the last 8 years** | aka Antonio Marinaccio | |
| 3. | **Address** | 379 Sweetbriar Road<br>King of Prussia, PA 19406 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL W. GALLAGHER<br>401 West Johnson Highway<br>Suite 4<br>East Norriton, PA 19401 | Contact phone (484)679–1488<br>Email:  mwglaw@msn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 938–4191<br>Email:  christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                               page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u> <br><br> Contact phone (215)408–2800 <br><br> Date: 2/16/16 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 11, 2016 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/10/16** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |